**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

**BY ELECTRONIC FAX**

August 5, 2020

The Honorable Judge Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered.

Alvin K. Hellerstein /s/
August 6, 2020

**RE:   United States v. Nicholas Truglia**
         **19 Cr. 0921 (AKH)**

Honorable Judge Hellerstein:

    On behalf of Mr. Truglia and with consent from his both his pre-trial officer and the Government, I write to respectfully request that the Court modify Mr. Truglia's bail conditions to allow him to continue on home detention at his father's Florida residence, 7490 Dwell Well Way, Winter Park, Florida, 32792.

    On April 15, 2020, Magistrate Judge Robert W. Lehrburger imposed the following bail conditions: $250,000 Personal Recognizance Bond; 1 Financially Responsible Cosigner; Travel Limited to SDNY/EDNY/DNJ/NDCA; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Home Detention; GPS; Deft to Continue or Seek Employment; No Access to internet devices, including computers, cellphones, etc. Mr. Truglia was released on his own signature.

    Mr. Truglia was previously ordered on Home Detention at his fathers New Jersey Residence under the supervision of Pre-Trial officer Robert Hyde. However Mr. Truglia's father sold his home and had to relocate back to Florida. Officer Hyde and Southern District Pre-Trial officer Erin Cunningham are ready to facilitate the transfer of supervision down to Florida.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

_____
Mark Gombiner, Esq.
Assistant Federal Defender
(212) 417-8718

**SO ORDERED:**

_____
**HONORABLE ALVIN K. HELLERSTEIN**
**United States District Judge**

cc:   AUSA Tim Capozzi
      NYPTO Erin Cunningham
      NJ PTO Robert Hyde