USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

NICHOLAS TRUGLIA,

                Defendants.

---

**SCHEDULING ORDER**

19 Cr. 921 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a telephonic pre-trial conference on October 7, 2020, at 9:00 a.m., which conference will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than October 5, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: September 30, 2020
          New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge