**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 10, 2021

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Nicholas Truglia
19 Cr. 921 (AKH)**

Your Honor:

With the consent of the government, I am requesting that the conference scheduled in Mr. Truglia's case for February 12, 2021, be adjourned for approximately six weeks.

I am making this request because the parties have been discussing a possible disposition of this matter. However, it is going to be difficult to reach a resolution until Mr. Truglia's case in California (which involves similar allegations) is settled, either by trial or plea. A pretrial conference was held in California today, following a preliminary hearing held in January at which the Court found probable cause to warrant the case proceeding. It is my understanding that the parties in California are contemplating a disposition short of trial, but that no agreement has yet been reached.

Given the above circumstances, the parties in this case believe that an adjournment of about six weeks is warranted.

Respectfully submitted,

Mark B. Gombiner
Attorney for Nicholas Truglia

Cc: AUSA Timothy Capozzi