```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :
                                :     [Proposed Order]
             v.                 :
                                :     19 Cr. 921 (AKH)
NICHOLAS TRUGLIA,               :
                                :
             Defendant.         :
-------------------------------X
```

Whereas Nicholas Truglia, the defendant, was presented and arraigned in this case on April 15, 2020 before Magistrate Judge Robert W. Lehrburger;

Whereas, at the conclusion of the proceeding on April 15, 2020, Magistrate Judge Lehrburger set the following bail conditions: $250,000 personal recognizance bond co-signed by one financially-responsible person; travel restricted to the Southern District of New York, the Eastern District of New York, the District of New Jersey, and the Northern District of California; surrender of all travel documents and no new applications for such documents; pretrial supervision as directed by Pretrial Services; no possession of any firearm, destructive device, or other weapon; no access to any Internet-accessible devices, including computers, cellphones, etc.; no possession of personally-identifying information of others; no engaging in conduct of the kind alleged in the Indictment; no contact with individuals involved in the conduct alleged in the

Indictment to the extent those individuals are known to the defendant; compliance with release conditions imposed in the defendant's pending California state case (which, among other things, restricted the defendant to his father's residence in New Jersey and imposed a bracelet); home detention; and electronic monitoring via GPS (however, no federal GPS bracelet was required because a monitoring bracelet was already affixed to the defendant in the pending California case);

Whereas, on August 6, 2020, the Court modified the above-listed bail conditions to allow the defendant to continue his home detention at his father's residence in Winter Park, Florida; and

Whereas, on March 30, 2021, the parties appeared telephonically before the Court for a bail hearing to address alleged violations of the bail condition that the defendant have no access to any Internet-accessible devices, including computers and cellphones;

Therefore, for the reasons given by the Court on the record during the March 30, 2021 hearing, it is hereby

ORDERED that the defendant's above-listed bail conditions are amended by the addition of the following conditions: no possession or use by the defendant of the defendant's father's phone(s) or computer(s); the defendant

shall obtain a phone that is unable to access the Internet (e.g., a "flip phone") with the assistance of Pretrial Services; and the defendant shall disclose to Pretrial Services all computers at the defendant's residence, and the Internet feature of any such computers used by the defendant shall be disabled.

Dated: New York, New York
April 27, 2021

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE