UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

          Plaintiff(s)

-v-

NICHOLAS TRUGLIA,

          Defendant(s).

------------------------------------------------------------ x

**SCHEDULING ORDER**

19 Cr. 921 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for pretrial conference on May 21, 2021 at 12:00 p.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than May 20, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   May 19, 2021                _____//S//_____
           New York, New York         ALVIN K. HELLERSTEIN
                                          United States District Judge