

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2021

*Conf is adjourned and time is excluded until October 21, 2021 at 11:00 am.*

*AH  10-12-2021*

*X*

**VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Nicholas Truglia*, 19 Cr. 921 (AKH)

Dear Judge Hellerstein:

The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference in this case currently scheduled for October 13, 2021, for approximately one week. Since the parties last wrote the Court on September 20, 2021, the parties have continued to engage in extensive plea discussions. The parties are close to resolving this case but need the additional time to finalize our discussions. If, as anticipated, an agreement is reached, the parties will promptly contact the Court to schedule a plea hearing.

If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between October 13, 2021, and the conference date set by the Court. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order to allow additional time for the parties to engage in discussions of a potential pretrial resolution of this case. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

cc:    Jeffrey Udell, Esq.
       Adam Cohen, Esq.