

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2021

**VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street20
New York, New York 10007

Re:   *United States v. Nicholas Truglia*, 19 Cr. 921 (AKH)

Dear Judge Hellerstein:

> *Conference is adjourned and time is excluded to Nov 1, 2021 at 10:30 am, in the interest of justice.*
>
> *A. K. Hellerstein*
> *10-20-2021*

The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference in this case currently scheduled for October 21, 2021, and set a control date for a convenient date in approximately two weeks. As the Court is aware, the Court recently referred this matter to Magistrate's Court for a plea hearing. The parties are in the process of scheduling that hearing and expect that it will be held on or about October 28, 2021. Following the anticipated plea, the parties will notify the Court to schedule a sentencing date.

If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between October 21, 2021, and the control date set by the Court. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order to allow additional time for the parties to engage in discussions of a potential pretrial resolution of this case. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

cc:   Jeffrey Udell, Esq.
      Adam Cohen, Esq.