

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2021

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. Nicholas Truglia, 19 Cr. 921 (AKH)**

Dear Judge Hellerstein:

  On October 28, 2021, Nicholas Truglia, the defendant in the above-captioned case, changed his plea to guilty in front of United States Magistrate Judge Barbara Moses. The Government writes to provide the Court with the transcript of that proceeding and a proposed order accepting the defendant's guilty plea for the Court's consideration.

  In addition, if the Court accepts the defendant's guilty plea, the parties understand that January 18, 2022, at 10:30 a.m., would be a convenient date and time for the sentencing in this case. Accordingly, the parties respectfully request that the Court schedule the sentencing for that date and time.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         By: _____/s/_____
          Timothy V. Capozzi
          Assistant United States Attorney
          (212) 637-2404

cc: Jeffrey A. Udell, Esq.
  Adam Cohen, Esq.