UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　**ORDER**
　　　　　-against-　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　：　19 Cr. 921(AKH)
Nicholas Truglia,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　Defendant.　　　　　：
-------------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　　Defendant Nicholas Truglia, having violated bail conditions, on indictment 19 Cr. 921, shall be remanded to the custody of the United States Marshals.

　　　　　SO ORDERED.

Dated:　　　December 6, 2021
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge