

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

December 8, 2021

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Nicholas Truglia* 19-cr-00921-AKH-1

Dear Judge Hellerstein:

We represent Defendant Nicholas Truglia in the above-noted case. We write to respectfully request that the Court issue the attached proposed order. Specifically, we would like for our psychologist, Dr. Barry Katz, to conduct a psychological evaluation of the Defendant to identify potential information that could be useful to the Court at sentencing. Further, the psychologist has informed us that in order to conduct his exam, he needs permission to bring the following items into the detention facility: (1) a laptop computer; (2) a flash drive; and (3) paper and pencil testing materials.

We respectfully request that the Court issue an order permitting our psychologist to conduct a psychological evaluation of the Defendant and to bring these materials into the detention facility when he meets with the Defendant.

We also respectfully request that the Court's order also permit defense counsel to bring laptop computers into the detention facility when meeting with the Defendant.

A proposed order is enclosed for your consideration. The government does not object to these requests.

Respectfully submitted,

*/s/ Jeffrey A. Udell*
Jeffrey A. Udell

cc: AUSA Timothy Capozzi