```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA

                                          [Proposed] Order
              v.

                                          19 Cr. 921 (AKH)
NICHOLAS TRUGLIA,


              Defendant.
------------------------------------------------x
```

On December 6, 2021, this Court revoked the bail of Defendant Nicholas Truglia and remanded him to the custody of the United States Marshals Service. The Defendant is now detained at the Essex County Correctional Facility (the "Facility").

It is hereby ordered that the Defendant's psychological expert, Dr. Barry Katz, be permitted to conduct a psychological evaluation of the Defendant, to be scheduled between Dr. Katz and the Facility.

Further, when meeting with the Defendant, Dr. Katz shall be permitted to bring with him: (1) a laptop computer; (2) a flash drive; (3) paper and pencil testing materials, and (4) other items that are reasonably necessary to complete a psychological evaluation of the Defendant.

Defendant's counsel shall also be permitted to bring their laptop computers when visiting with the Defendant.

Dated:      New York, New York
            December ___, 2021

                                    _____
                                    HON. ALVIN K. HELLERSTEIN
                                    UNITED STATES DISTRICT JUDGE