

**WALDEN MACHT & HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

February 10, 2022

**Via E-mail**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> *Sentencing is adjourned until June 1, 2022 at 2:30 p.m.*
>
> */s/ Alvin K. Hellerstein 2/14/2022*

Re:   *United States v. Nicholas Truglia,* 19-cr-00921-AKH-1

Dear Judge Hellerstein:

We represent Defendant Nicholas Truglia in the above-noted case. As the Court is aware, we have requested that our psychologist, Dr. Barry Katz, conduct a psychological evaluation of Mr. Truglia to identify potential information that could be useful to the Court at sentencing. This process, which had been well underway, has been delayed since late December 2021 due to the uptick in COVID-19 cases during the Omicron wave, which made it impossible for Dr. Katz to visit the Defendant at the Essex County Correctional Facility.

We therefore write to respectfully request that the Court adjourn the sentencing date, currently scheduled for March 25, 2022, for an additional 60 days. The Government consents to this request.

Respectfully submitted,

*/s/ Jeffrey A. Udell*
Jeffrey A. Udell

cc:   AUSA Timothy Capozzi
U.S. Probation Officer Johnny Y. Kim