UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES                                              :
                                                           :
                                                           :    **ORDER**
       -against-                                           :
                                                           :    19 Cr. 921 (AKH)
NICHOLAS TRUGLIA.,                                         :
                                                           :
              Defendants.                                  :
                                                           :
                                                           :
                                                           :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF No. 42 is marked as open. However, that letter motion was resolved by ECF Nos. 43. Accordingly, the Clerk shall terminate ECF No. 42.

       SO ORDERED.

Dated:   May 4, 2022              /s/ Alvin K. Hellerstein
           New York, New York     ALVIN K. HELLERSTEIN
                                         United States District Judge