UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA             :
                                     :
                                     :     **SCHEDULING ORDER**
         -against-                   :
                                     :     19 Cr. 921 (AKH)
                                     :
                                     :
NICHOLAS TRUGLIA,                    :
                                     :
                        Defendant.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The sentencing shall take place on November 2, 2022, at 11:00 a.m.

    SO ORDERED.

Dated:    September 15, 2022        /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                     United States District Judge