| **Query** | **Reports** | **Utilities** | **Help** | **What's New** | **Log Out** |

CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:23-mj-01548-LHP All Defendants

Case title: USA v. Truglia

Date Filed: 05/11/2023

Date Terminated: 05/16/2023

Assigned to: Magistrate Judge Leslie Hoffman Price

**Defendant (1)**

**Nicholas Truglia**
*TERMINATED: 05/16/2023*

represented by **Erin Brenna Hyde**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407-648-6338
Fax: 407-648-6095
Email: erin_hyde@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

Violation of Conditions of Supervised Release (out of district)

**Disposition**

**Disposition**

**Disposition**

Query    Reports    Utilities    Help    What's New    Log Out

USA     represented by **Courtney Richardson-Jones**
DOJ-USAO
Orlando Division
400 W Washington Street
Suite 3100
Orlando, FL 32801
407-648-7531
Email: courtney.richardson-jones@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2023 | 1 | Arrest pursuant to Rule 32.1 of Nicholas Truglia from the Southern District of New York. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: INITIAL APPEARANCE in Rule 32.1 proceedings held on 5/11/2023 as to Nicholas Truglia from the Southern District of New York. Appearance entered by Erin Brenna Hyde for Nicholas Truglia on behalf of defendant. (DIGITAL) (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 3 | ***CJA 23 Financial Affidavit by Nicholas Truglia. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 4 | ORAL MOTION to Appoint Counsel by Nicholas Truglia. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 5 | **ORDER granting 4 Oral Motion to Appoint Counsel as to Nicholas Truglia (1). The Federal Public Defender is appointed to represent the defendant in this District in this case. Signed by Magistrate Judge Leslie Hoffman Price on 5/11/2023. (ECJ)** (Entered: 05/11/2023) |
| 05/11/2023 | 6 | WAIVER of Rule 32.1 hearing by Nicholas Truglia. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 7 | ORAL MOTION for Detention by USA as to Nicholas Truglia. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 8 | ORAL MOTION to Continue Preliminary and Detention Hearing by USA as to Nicholas Truglia. (ECJ) (Entered: 05/11/2023) |
| 05/11/2023 | 9 | **ORAL ORDER granting 8 Oral Motion to Continue Preliminary and Detention Hearing as to Nicholas Truglia (1). Rendered in open Court by Magistrate Judge Leslie Hoffman Price on 5/11/2023. (ECJ)** (Entered: 05/11/2023) |
| 05/11/2023 | 10 | **ORDER OF TEMPORARY DETENTION as to Nicholas Truglia. Preliminary and Detention Hearing set for 5/16/2023 at 11:00 AM in Orlando Courtroom 3 C before Magistrate Judge Robert M. Norway. Signed by Magistrate Judge Leslie Hoffman Price on 5/11/2023. (ECJ)** (Entered: 05/11/2023) |
| 05/11/2023 | 11 | **ORDER as to Nicholas Truglia: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny** |

| | | | |
|---|---|---|---|
| | | | dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (ECJ) (Entered: 05/11/2023) |
| 05/16/2023 | 12 | | Minute Entry for In Person proceedings held before Magistrate Judge Robert M. Norway: PRELIMINARY Hearing on revocation of Supervised Release/DETENTION HEARING as to Nicholas Truglia held on 5/16/2023. Court orders Defense counsel to file a Motion for Jencks Material on the docket. (DIGITAL) (LDJ) (Entered: 05/17/2023) |
| 05/16/2023 | 15 | | **FINDING of probable cause as to Nicholas Truglia Signed by Magistrate Judge Robert M. Norway on 5/16/2023.** (LDJ) (Entered: 05/17/2023) |
| 05/16/2023 | 16 | | **ORDER OF DETENTION PENDING TRIAL as to Nicholas Truglia Signed by Magistrate Judge Robert M. Norway on 5/16/2023.** (LDJ) (Entered: 05/17/2023) |
| 05/16/2023 | 17 | | **ORDER OF REMOVAL pursuant to Rule 32.1 to the Southern District of New York as to Nicholas Truglia Signed by Magistrate Judge Robert M. Norway on 5/16/2023.** (LDJ) (Entered: 05/17/2023) |
| 05/16/2023 | 18 | | **COMMITMENT TO ANOTHER DISTRICT as to Nicholas Truglia. Defendant committed to the Southern District of New York. Signed by Magistrate Judge Robert M. Norway on 5/16/2023.** (LDJ) (Entered: 05/17/2023) |
| 05/17/2023 | | | NOTICE to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Nicholas Truglia regarding your case number: 1:19-cr-921-AKH. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LDJ) (Entered: 05/17/2023) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

AUSA: Courtney Richardson-Jones

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **May 11, 2023**<br>2:17-2:31<br>14 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Chris Davis |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 32.1-OUT OF DISTRICT)

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding competency.
Parties advised the of the requirement pursuant to the Due Process Protections Act.
Court advised the Defendant of his rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed counsel.
Government summarized the violations and penalties in the Petition.
No issues as to identity. Waiver filed.
Government made an oral motion for detention.
Defendant requested a preliminary and detention hearing.
Government made an oral motion to continue the preliminary and detention hearing.
Court granted the motion to continue and sets the preliminary and detention hearing for 5/16/23 at 11:00 AM before Judge Norway.
Order of Temporary Detention entered.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 11, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

Charging District's
Case No. 19CR00932-001(AKH)

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I, **Nicholas Truglia**, understand that I have been charged with violating the conditions of probation or supervised release in a case pending in the Southern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and
(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody

## I AGREE TO WAIVE MY RIGHT(S) TO:

[X] an identity hearing and production of the judgment, warrant, and warrant application.

[ ] a preliminary hearing

[ ] a detention hearing

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my,

[ ] ☐preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

May 11, 2023

_____
Defendant's Signature

_____
Signature of defendant's attorney

EREN Hyde
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

---

## ORDER OF TEMPORARY DETENTION

A preliminary and detention hearing in this case is scheduled as follows:

| Place: | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | Courtroom: | 3C |
|---|---|---|---|
| | | Date and Time: | May 16, 2023, at 11:00 A.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 11, 2023

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:   Due Process Protections Act          CASE NO. 3:20-mc-20-J-32

## STANDING ORDER REGARDING
## DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.	CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

AUSA: Courtney Richardson-Jones

Defense Attorney: Erin Brenna Hyde, Federal Public Defender

| JUDGE: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | DATE AND TIME: | **May 16, 2023**<br>11:01 A.M. – 12:43 P.M.<br>1:08 P.M. – 1:19 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 1 hour, 53 minutes |
| DEPUTY CLERK: | LaDarrius Jernigan | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Chris Davis |

## CLERK'S MINUTES
## PRELIMINARY/DETENTION HEARING

Case called, appearances made, procedural setting by the Court.
Government calls, Leonardo Gomez, Ocoee police officer. Witness placed under oath.
Government Exhibits 1-9 is identified and admitted into evidence.
Defense-Cross Examination.
Defense oral motion for Jinx.
Court orders defense file a motion on the docket.
Defense calls Vincent J. Truglia, Defendant's father. Witness placed under oath.
Government-Cross Examination.
Court questions the witness.
Testimony concluded.
Counsel makes arguments.
Court finds sufficient evidence to establish probable cause to proceed-Order to enter.
Court is in recess.
Court back in session.

Page 1 of 2

Governments motion for Detention granted. Order to enter.
Defendant to remain in the custody of the U.S. Marshal pending further proceedings.
Court adjourned.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                     CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

---

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Petition have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Nicholas Truglia** is held to answer in the Southern District of New York where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2023.

                                            ROBERT M. NORWAY
                                            *United States Magistrate Judge*

Copies furnished to:

Counsel of Record

Nicholas Truglia

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

> No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

Nicholas Truglia is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Nicholas Truglia shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: May 16, 2023

ROBERT M. NORWAY
*United States Magistrate Judge*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 32.1, FED.R.CRIM.P.

Nicholas Truglia, having been arrested and presented before me for removal proceedings pursuant to Rule 32.1, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 32.1 thereof, and of the provisions of Rule 20, the following has occurred of record.

> An Initial Appearance on the Rule 32.1 Supervised Release Violation from Southern District of New York was held on May 11, 2023.

> After hearing the evidence, and based on the defendant's waiver of identity hearing (*see* Dkt. 6), I find that NICHOLAS TRUGLIA is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that NICHOLAS TRUGLIA be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on May 16, 2023.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:
Counsel of Record

Case 1:19-cr-00921-AKH Document 74 Filed 05/16/23 Page 1 of 1
Case 6:23-mj-01548-LHP Document 8 Filed 05/16/23 Page 1 of 1 PageID 19

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

VS.                                      **CASE NO: 6:23-mj-1548-LHP**

NICHOLAS TRUGLIA

                                                        Charging District's
            *Defendant*                          Case No. 1:19-cr-921-AKH

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Southern District of New York.

The defendant:       is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**Date:**    May 16, 2023

                                                               ROBERT M. NORWAY
                                                            *United States Magistrate Judge*