UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Judgment Creditor,

     v.

NICHOLAS TRUGLIA,

       Defendant and
       Judgment Debtor,

      and

GOLDMAN SACHS BANK USA,

      Respondent.

No. 19 CR 921-1 (AKH)

**PUBLIC FILING**

## ANSWER OF THE RESPONDENT

I, __Cecilia M. Perez_____, the Vice President for Goldman Sachs and Co. LLC responding
         (name)                       (title)
on behalf of Goldman Sachs Bank USA, the Respondent

, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[__] An individual doing business in the name of _____.
[__] A partnership, [__] LP, [__] LLP or [__] LLC
[X__] A corporation, organized under the laws of the State of New York   .
_____

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR
5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the
Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the
garnishment or to the jurisdiction or venue of the court except for objections based on a defect in
the service of the process, I agreed to accept service for the Respondent by:

[__] facsimile at (___) _____-_____ and/or
[__] e-mail at
___cecilia.perez@gs.com_____
and/or
[__] first-class mail at_____.
___

On _____July 20, _____, 2023, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

1.    **Financial Accounts**

**Account 1**

Type:___Marcus Invest Account_____

No.:___3G150116_____

Title owner(s): Nicholas Truglia $1,176.97

Amount: $_____

**Account 2**

Type:_____

No.:_____

Title owner(s):_____

Amount: $_____

**Account 3**

Type:_____

No.:_____

Title owner(s):_____

Amount: $_____

**Account 4**

Type:_____

No.:_____

Title owner(s):_____

Amount: $_____

2.    **Safety Deposit Box**

Box No.: _____

Last accessed: _____

Owners other than the judgment debtor:

_____

_____

3.    Detail other personal property in the respondent's possession, custody, or control:

_____

4.    Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [ ] Yes or [ X] No; if the answer is yes, describe below (case number, state, county):

_____

5.    Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ] Yes or [ X] No If the answer is yes, describe below:

_____

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6.   Check and complete the applicable line below:

**Answer of Respondent to Restraining Notice & Information Subpoena – Page 2**

[ ] Respondent has the following objections, defenses, or set-offs:

_____

_____

[ ] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, __Nicholas Trulia at 320 Crofton Drive, Ocoee, FL 34761.        ;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of _July_, 2023.

_____          _Precila Perez_
(Signature)                       (Print Name)

Title  _Vice President, Goldman Sachs & Co LLC_

Address  _200 West Street_

City, State, Zip  _New York NY 10282_

Telephone and Fax Numbers  _212 902-9116_

Email  _Precila.Perez@GS.com_

STATE OF _New York_
COUNTY OF _New York_

Subscribed and sworn to before me this _21_ day of _July_, 2023.

_____
Notary Public Signature          My Commission expires: _10/13/2023_
                                 (Seal)

> BARBARA V NELSON
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01NE6014403
> Qualified in New York County
> Commission Expires OCTOBER 13, 2026

**Answer of Respondent to Restraining Notice & Information Subpoena – Page 3**