UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :  **ORDER REGARDING**
    -against-                                :  **REMOTE APPEARANCE**
                                                               :
NICHOLAS TRUGLIA,                                              :  19 Cr. 921 (AKH)
                                                               :
                              Defendant.    :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       United States Probation Officer Davis, a witness set to testify at the September 18, 2023 hearing for Defendant Nicholas Truglia, may testify by video. The Court will administer his oath at that time, and counsel will proceed to examine and cross-examine said witness.

       No later than September 15, 2023 at 12:00 p.m., the Probation Office shall submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) the email address for Officer Davis. Chambers will share a video conference link with Officer Davis the morning of the hearing.

       SO ORDERED.

Dated:     September 11, 2023                               /s/
              New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge