```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :   ORDER ON CIVIL
         -against-                                           :   CONTEMPT
                                                             :
NICHOLAS TRUGLIA,                                            :   19 Cr. 921 (AKH)
                                                             :
                          Defendant.                         :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Upon the motion of the Government for an order to show cause for a finding that Defendant Nicholas Truglia is in willful default of the Court's order of restitution, and for a finding of civil contempt and resentencing, it is ordered that Defendant is in civil contempt of the Court's order of restitution. Defendant shall be incarcerated until such time as he satisfies his obligations to make the restitution imposed by the Court or establishes to the satisfaction of the Court that he has taken all reasonable bona fide steps available to him to satisfy his restitution obligation. Resentencing is deferred until the next status conference, scheduled for September 17, 2024 at 11 a.m, or such earlier date as the Court orders.

  SO ORDERED.

Dated:  February 29, 2024
     New York, New York

                    ALVIN K. HELLERSTEIN
                    United States District Judge

1