UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
 :
UNITED STATES OF AMERICA, :
 :  **SCHEDULING ORDER**
   -against- :
 :  19 Cr. 921 (AKH)
NICHOLAS TRUGLIA, :
 :
                       Defendant. :
 :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The re-sentencing scheduled for September 17, 2024 is adjourned to October 15, 2024 at 10:00 a.m.

        No later than October 11, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:     September 13, 2024

                                                           /s/ Alvin K. Hellerstein
                                                          _____
                                                             ALVIN K. HELLERSTEIN
                                                           United States District Judge