UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
:          **RELEASE FROM CUSTODY**
                    Plaintiff,      :          **ORDER**
:
   -against-                             :          19 Cr. 921 (AKH)
:
NICHOLAS TRUGLIA,                        :
:
                    Defendant.    :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court having considered the length of time and the conditions in which Defendant has been jailed, and having considered that Defendant may more efficiently pursue restitution efforts if released, Defendant is hereby released from civil confinement, effective immediately, upon condition that he continue to further assist the United States Government in pursuing restitution efforts.

       SO ORDERED.

Dated:    November 12, 2024
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge