UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :   **ORDER**
         -against-                                             :
                                                               :   19 Cr. 921 (AKH)
NICHOLAS TRUGLIA,                                              :
                                                               :
                                       Defendant.              :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Nicholas Truglia has failed to comply with the due dates set for the submission of certain financial information. Mr. Truglia is hereby directed to submit a completed financial affidavit, corresponding financial documents for any items listed in the financial affidavit, and details regarding the nano ledger that stores 3,196.16929720 in Bitcoin, to the probation office by Wednesday, March 5, 2025.

        SO ORDERED.

Dated:    February 28, 2025
             New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1