**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 12, 2025

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Nicholas Truglia**
    **19 Cr. 921 (AKH)**

Your Honor:

    With the consent of the government, I am requesting that the resentencing for Mr. Truglia, currently scheduled for March 19, 2025, be adjourned for approximately two weeks. The final Presentence Report, dated March 10, 2025, details conduct that raises substantial legal issues, including whether resentencing is authorized under Title 18, U.S.C.§ 3614. I need the additional time to address these issues.

    Thank you for your consideration of this request

        Respectfully submitted,

        Mark B. Gombiner
        Attorney for Nicholas Truglia

Cc: AUSA Timothy Capozzi