X

☰  CoinMarketCap (/)

Market Cap: **$455,315,774,562**(/charts/)  ▼

 **(TRIG)**
# Triggers

$1.66 USD **(1.19%)**
0.00017140 BTC (-3.83%)
0.07948820 XCP (0.34%)

  

| **Market Cap** | **Volume (24h)** |
|---|---|
| $53,240,358 USD | $10,098,900 USD |
| 5,503 BTC | 1,044 BTC |
| 2,552,015 XCP | 484,082 XCP |

**Circulating Supply**

32,105,578 TRIG

★ ⎡ Rank 246 ⎤

🔗 Website(https://www.blocksafefoundation.com/)
📢 Announcement(https://bitcointalk.org/index.php?topic=1642159)
🔍 Explorer(https://coindaddy.io/search?network=xcp&q=triggers)
☰ Message Board(http://blog.blocksafe.network)
🏷 ⎡ Token ⎤

📊 Charts(/currencies/triggers/#charts)   ⇄ Markets(/currencies/triggers/#markets)

🌐 Social(/currencies/triggers/#social)   🔧 Tools(/currencies/triggers/#tools)

📅 Historical Data(/currencies/triggers/historical-data/)

# Historical data for Triggers

Currency in USD
Open/Close in UTC time

📅 Jan 1, 2018 - May 2, 2018 ▾

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| May 02, 2018 | 1.61 | 1.66 | 1.57 | 1.64 | 7,844,100 | 51,737,300 |
| May 01, 2018 | 1.66 | 1.66 | 1.52 | 1.61 | 7,395,610 | 53,372,700 |
| Apr 30, 2018 | 1.78 | 1.81 | 1.64 | 1.66 | 8,483,300 | 57,045,800 |
| Apr 29, 2018 | 1.56 | 1.83 | 1.55 | 1.78 | 12,016,300 | 49,954,900 |
| Apr 28, 2018 | 1.43 | 1.58 | 1.42 | 1.55 | 6,317,550 | 46,019,000 |
| Apr 27, 2018 | 1.53 | 1.60 | 1.43 | 1.43 | 6,014,570 | 48,975,300 |
| Apr 26, 2018 | 1.41 | 1.55 | 1.36 | 1.53 | 7,620,620 | 45,190,900 |
| Apr 25, 2018 | 1.68 | 1.68 | 1.37 | 1.40 | 7,558,410 | 53,778,000 |
| Apr 24, 2018 | 1.65 | 1.80 | 1.64 | 1.67 | 10,858,700 | 52,817,200 |
| Apr 23, 2018 | 1.54 | 1.75 | 1.54 | 1.64 | 11,977,700 | 49,562,300 |
| Apr 22, 2018 | 1.45 | 1.68 | 1.39 | 1.54 | 10,528,200 | 46,583,800 |
| Apr 21, 2018 | 1.59 | 1.63 | 1.32 | 1.45 | 13,195,600 | 50,957,500 |
| Apr 20, 2018 | 1.23 | 1.70 | 1.22 | 1.59 | 30,181,000 | 39,498,700 |
| Apr 19, 2018 | 1.16 | 1.26 | 1.10 | 1.22 | 7,309,930 | 37,399,700 |
| Apr 18, 2018 | 1.01 | 1.18 | 1.01 | 1.17 | 8,780,510 | 32,437,600 |
| Apr 17, 2018 | 0.961134 | 1.11 | 0.946404 | 1.00 | 8,087,600 | 30,857,800 |
| Apr 16, 2018 | 1.04 | 1.05 | 0.918391 | 0.962977 | 4,148,180 | 33,517,500 |
| Apr 15, 2018 | 0.924862 | 1.05 | 0.924862 | 1.04 | 4,020,280 | 29,693,200 |
| Apr 14, 2018 | 0.929060 | 0.959230 | 0.891503 | 0.924138 | 3,890,850 | 29,828,000 |
| Apr 13, 2018 | 0.862816 | 0.958439 | 0.855261 | 0.937010 | 4,189,360 | 27,701,200 |
| Apr 12, 2018 | 0.789055 | 0.864331 | 0.738185 | 0.856525 | 3,234,170 | 25,333,100 |
| Apr 11, 2018 | 0.750272 | 0.815410 | 0.748613 | 0.791716 | 3,612,900 | 24,087,900 |
| Apr 10, 2018 | 0.697097 | 0.773546 | 0.683298 | 0.753489 | 3,648,430 | 22,380,700 |
| Apr 09, 2018 | 0.727057 | 0.760706 | 0.682176 | 0.695154 | 2,621,740 | 23,342,600 |
| Apr 08, 2018 | 0.708966 | 0.748586 | 0.708966 | 0.724505 | 2,407,500 | 22,761,800 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Apr 07, 2018 | 0.699150 | 0.728247 | 0.694018 | 0.708415 | 2,863,930 | 22,446,600 |
| Apr 06, 2018 | 0.711578 | 0.723407 | 0.676651 | 0.698988 | 2,728,950 | 22,845,600 |
| Apr 05, 2018 | 0.716921 | 0.744882 | 0.679755 | 0.717190 | 3,044,090 | 23,017,200 |
| Apr 04, 2018 | 0.830874 | 0.830874 | 0.702107 | 0.715934 | 2,887,230 | 26,675,700 |
| Apr 03, 2018 | 0.776382 | 0.871050 | 0.754474 | 0.834160 | 3,617,510 | 24,926,200 |
| Apr 02, 2018 | 0.694823 | 0.791921 | 0.680479 | 0.774500 | 3,656,060 | 22,307,700 |
| Apr 01, 2018 | 0.727688 | 0.743366 | 0.648224 | 0.694042 | 2,598,420 | 23,362,800 |
| Mar 31, 2018 | 0.758981 | 0.798572 | 0.723616 | 0.727679 | 2,741,820 | 24,367,500 |
| Mar 30, 2018 | 0.810132 | 0.829740 | 0.729547 | 0.759651 | 2,722,740 | 26,009,700 |
| Mar 29, 2018 | 1.01 | 1.02 | 0.766294 | 0.810127 | 3,874,810 | 32,557,200 |
| Mar 28, 2018 | 0.927270 | 1.06 | 0.912977 | 1.01 | 4,932,800 | 29,770,500 |
| Mar 27, 2018 | 0.972798 | 0.995364 | 0.851082 | 0.933274 | 4,149,430 | 31,232,300 |
| Mar 26, 2018 | 0.948985 | 1.02 | 0.855647 | 0.986575 | 4,024,680 | 30,467,700 |
| Mar 25, 2018 | 0.935261 | 1.04 | 0.892746 | 0.957966 | 4,114,340 | 30,027,100 |
| Mar 24, 2018 | 0.932030 | 1.05 | 0.922799 | 0.945328 | 3,994,780 | 29,923,400 |
| Mar 23, 2018 | 0.943402 | 0.948247 | 0.833027 | 0.917935 | 3,711,790 | 30,288,500 |
| Mar 22, 2018 | 1.01 | 1.05 | 0.892661 | 0.939674 | 4,257,960 | 32,584,600 |
| Mar 21, 2018 | 1.07 | 1.11 | 1.00 | 1.02 | 4,646,730 | 34,219,800 |
| Mar 20, 2018 | 0.929395 | 1.19 | 0.914290 | 1.06 | 9,661,940 | 29,838,800 |
| Mar 19, 2018 | 0.784618 | 0.949972 | 0.759266 | 0.920966 | 4,393,150 | 25,190,600 |
| Mar 18, 2018 | 0.744539 | 0.803189 | 0.642324 | 0.789629 | 2,779,920 | 23,903,900 |
| Mar 17, 2018 | 0.851666 | 0.851666 | 0.730572 | 0.743284 | 2,527,790 | 27,343,200 |
| Mar 16, 2018 | 0.830267 | 0.886249 | 0.790348 | 0.851386 | 3,802,240 | 26,656,200 |
| Mar 15, 2018 | 0.767118 | 0.846893 | 0.687633 | 0.834392 | 2,570,480 | 24,628,800 |
| Mar 14, 2018 | 0.912738 | 0.954452 | 0.738242 | 0.771447 | 649,987 | 29,304,000 |
| Mar 13, 2018 | 0.975983 | 0.992569 | 0.874078 | 0.913997 | 1,207,220 | 31,334,500 |
| Mar 12, 2018 | 0.981435 | 1.12 | 0.943797 | 0.973808 | 4,146,660 | 31,509,500 |
| Mar 11, 2018 | 0.832220 | 1.21 | 0.773282 | 0.983641 | 4,791,350 | 26,718,900 |
| Mar 10, 2018 | 0.917139 | 0.953524 | 0.810744 | 0.835611 | 467,813 | 29,445,300 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Mar 09, 2018 | 0.944002 | 0.959175 | 0.723037 | 0.914612 | 1,331,860 | 30,307,700 |
| Mar 08, 2018 | 1.10 | 1.11 | 0.922331 | 0.949211 | 1,242,220 | 35,280,400 |
| Mar 07, 2018 | 1.29 | 1.31 | 0.963645 | 1.10 | 1,073,230 | 41,469,400 |
| Mar 06, 2018 | 1.45 | 1.49 | 1.28 | 1.30 | 984,201 | 46,713,100 |
| Mar 05, 2018 | 1.40 | 1.51 | 1.37 | 1.47 | 1,374,340 | 45,098,800 |
| Mar 04, 2018 | 1.39 | 1.51 | 1.31 | 1.42 | 1,641,010 | 44,525,000 |
| Mar 03, 2018 | 1.49 | 1.52 | 1.35 | 1.38 | 1,624,480 | 47,868,400 |
| Mar 02, 2018 | 1.58 | 1.60 | 1.44 | 1.49 | 1,029,120 | 50,654,400 |
| Mar 01, 2018 | 1.54 | 1.62 | 1.51 | 1.58 | 835,956 | 49,460,500 |
| Feb 28, 2018 | 1.64 | 1.73 | 1.53 | 1.53 | 1,191,070 | 52,542,800 |
| Feb 27, 2018 | 1.69 | 1.72 | 1.61 | 1.64 | 819,531 | 54,268,400 |
| Feb 26, 2018 | 1.63 | 1.73 | 1.61 | 1.70 | 771,957 | 52,444,000 |
| Feb 25, 2018 | 1.65 | 1.75 | 1.57 | 1.63 | 654,272 | 53,084,100 |
| Feb 24, 2018 | 1.75 | 1.84 | 1.59 | 1.66 | 1,116,780 | 56,109,400 |
| Feb 23, 2018 | 1.73 | 1.85 | 1.66 | 1.74 | 3,105,250 | 55,442,300 |
| Feb 22, 2018 | 1.80 | 2.28 | 1.72 | 1.73 | 7,800,060 | 57,897,400 |
| Feb 21, 2018 | 1.82 | 1.96 | 1.67 | 1.79 | 2,452,510 | 58,472,000 |
| Feb 20, 2018 | 2.12 | 2.17 | 1.73 | 1.82 | 1,518,310 | 67,922,300 |
| Feb 19, 2018 | 2.04 | 2.17 | 1.96 | 2.11 | 1,144,130 | 65,379,400 |
| Feb 18, 2018 | 2.21 | 2.24 | 2.00 | 2.05 | 1,567,390 | 70,969,200 |
| Feb 17, 2018 | 2.24 | 2.41 | 2.19 | 2.21 | 2,131,690 | 72,053,400 |
| Feb 16, 2018 | 2.02 | 2.39 | 1.99 | 2.25 | 6,166,200 | 64,784,100 |
| Feb 15, 2018 | 1.81 | 2.04 | 1.79 | 2.02 | 1,773,810 | 58,246,000 |
| Feb 14, 2018 | 1.71 | 1.83 | 1.66 | 1.81 | 857,097 | 54,881,400 |
| Feb 13, 2018 | 1.85 | 1.85 | 1.66 | 1.71 | 854,029 | 59,254,500 |
| Feb 12, 2018 | 1.74 | 1.90 | 1.71 | 1.85 | 1,559,320 | 55,729,500 |
| Feb 11, 2018 | 1.89 | 1.89 | 1.67 | 1.78 | 1,289,300 | 60,528,200 |
| Feb 10, 2018 | 2.09 | 2.42 | 1.77 | 1.89 | 7,576,480 | 67,063,100 |
| Feb 09, 2018 | 1.63 | 1.73 | 1.54 | 1.69 | 3,031,450 | 52,215,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Feb 08, 2018 | 1.47 | 1.68 | 1.47 | 1.62 | 2,916,720 | 47,101,300 |
| Feb 07, 2018 | 1.33 | 1.67 | 1.22 | 1.47 | 2,715,300 | 42,762,600 |
| Feb 06, 2018 | 1.10 | 1.43 | 0.853679 | 1.37 | 1,794,650 | 35,384,600 |
| Feb 05, 2018 | 1.53 | 1.56 | 1.00 | 1.10 | 1,208,920 | 49,009,200 |
| Feb 04, 2018 | 1.89 | 1.94 | 1.44 | 1.55 | 1,615,220 | 60,598,600 |
| Feb 03, 2018 | 1.85 | 2.02 | 1.58 | 1.88 | 2,328,080 | 59,461,000 |
| Feb 02, 2018 | 2.15 | 2.15 | 1.29 | 1.83 | 10,726,500 | 68,883,800 |
| Feb 01, 2018 | 1.86 | 2.84 | 1.83 | 2.15 | 40,998,500 | 59,680,000 |
| Jan 31, 2018 | 1.91 | 1.98 | 1.67 | 1.86 | 2,598,550 | 61,181,800 |
| Jan 30, 2018 | 2.24 | 2.37 | 1.80 | 1.91 | 2,919,180 | 72,047,600 |
| Jan 29, 2018 | 2.49 | 2.51 | 2.23 | 2.25 | 1,762,780 | 79,794,900 |
| Jan 28, 2018 | 2.55 | 2.61 | 2.42 | 2.51 | 2,304,860 | 81,997,500 |
| Jan 27, 2018 | 2.45 | 2.59 | 2.34 | 2.53 | 1,801,300 | 78,565,100 |
| Jan 26, 2018 | 2.69 | 2.81 | 2.16 | 2.46 | 5,289,120 | 86,204,700 |
| Jan 25, 2018 | 2.69 | 2.78 | 2.56 | 2.69 | 2,315,120 | 86,406,700 |
| Jan 24, 2018 | 2.75 | 2.93 | 2.60 | 2.65 | 3,900,250 | 88,222,300 |
| Jan 23, 2018 | 2.66 | 2.85 | 2.40 | 2.75 | 2,571,380 | 85,479,200 |
| Jan 22, 2018 | 3.04 | 3.13 | 2.47 | 2.67 | 3,417,640 | 97,667,200 |
| Jan 21, 2018 | 3.71 | 3.72 | 2.85 | 2.97 | 4,648,090 | 119,159,000 |
| Jan 20, 2018 | 3.48 | 3.83 | 3.41 | 3.70 | 5,295,240 | 111,823,000 |
| Jan 19, 2018 | 3.27 | 3.82 | 3.10 | 3.46 | 6,644,470 | 104,966,000 |
| Jan 18, 2018 | 3.09 | 3.56 | 3.08 | 3.29 | 4,836,360 | 99,217,200 |
| Jan 17, 2018 | 3.11 | 3.42 | 2.35 | 3.14 | 8,763,850 | 99,831,000 |
| Jan 16, 2018 | 4.93 | 5.42 | 2.44 | 3.10 | 31,467,300 | 158,162,000 |
| Jan 15, 2018 | 3.32 | 5.54 | 3.24 | 5.13 | 53,819,600 | 106,745,000 |
| Jan 14, 2018 | 4.10 | 4.13 | 3.25 | 3.37 | 3,739,160 | 131,475,000 |
| Jan 13, 2018 | 4.24 | 4.40 | 3.78 | 4.13 | 8,786,540 | 136,198,000 |
| Jan 12, 2018 | 3.69 | 4.78 | 3.47 | 4.25 | 9,904,060 | 118,333,000 |
| Jan 11, 2018 | 4.67 | 4.75 | 3.63 | 3.65 | 8,328,440 | 149,959,000 |

| Jan 10, 2018 | 5.85 | 5.94 | 4.03 | 4.72 | 15,881,400 | 187,946,000 |
| Jan 09, 2018 | 5.44 | 6.16 | 4.97 | 5.80 | 23,428,900 | 174,769,000 |
| Jan 08, 2018 | 6.79 | 6.85 | 4.79 | 5.41 | 56,075,400 | 218,061,000 |
| Jan 07, 2018 | 5.59 | 8.41 | 5.33 | 6.73 | 25,979,100 | 179,433,000 |
| Jan 06, 2018 | 6.30 | 7.40 | 5.32 | 5.66 | 44,231,400 | 202,120,000 |
| Jan 05, 2018 | 8.89 | 9.33 | 4.44 | 6.03 | 12,979,700 | 285,523,000 |
| Jan 04, 2018 | 6.55 | 9.48 | 6.37 | 8.94 | 24,862,300 | 210,324,000 |
| Jan 03, 2018 | 6.68 | 7.25 | 6.13 | 6.48 | 13,187,500 | 214,551,000 |
| Jan 02, 2018 | 7.03 | 7.14 | 5.60 | 6.70 | 15,469,200 | 225,739,000 |
| Jan 01, 2018 | 7.08 | 7.41 | 6.56 | 7.06 | 9,907,770 | 227,219,000 |



© 2018 CoinMarketCap

## Useful Links

Advertise(/advertising/)
API(/api/)
Disclaimer(/disclaimer/)
Privacy Policy(/privacy/)
FAQ(/faq/)

Request Form(/request/)
Blog(https://medium.com/@CoinMarketCap)
Newsletter(/newsletter/)
Facebook(https://www.facebook.com/CoinMarketCap)
Twitter(https://twitter.com/CoinMarketCap)

## Night Mode

Off   On

## Downloads



(https://appstore.com/coinmarketcapcom/)

## Donate

BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9
LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX

ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B
BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha