



All   Year   Month   **Week**   Day

