## Mark Gombiner

**From:** Mark Gombiner
**Sent:** Wednesday, April 16, 2025 6:39 PM
**To:** Johnny Kim (USC)
**Subject:** FW: Nicholas Truglia, Dkt. #19 CR 921-01 (AKH) (Privileged and Confidential)
**Attachments:** C38D18C3-7AFE-4355-A23F-E8ADF49BA7BC.jpg

Hi Johny,   As discussed

**From:** Adam Cohen <acohen@wmhwlaw.com>
**Sent:** Thursday, April 3, 2025 9:57 AM
**To:** Mark Gombiner <Mark_Gombiner@fd.org>
**Cc:** Jeffrey Udell <judell@wmhwlaw.com>
**Subject:** FW: Nicholas Truglia, Dkt. #19 CR 921-01 (AKH) (Privileged and Confidential)

You don't often get email from acohen@wmhwlaw.com. Learn why this is important

Privileged and Confidential

Mark,

Here is the follow-up email I referenced in my last email.

Adam

**From:** Adam Cohen
**Sent:** Tuesday, November 29, 2022 2:35 PM
**To:** Johnny Kim <Johnny_Kim@nysp.uscourts.gov>
**Cc:** Jeffrey Udell <judell@wmhlaw.com>
**Subject:** RE: Nicholas Truglia, Dkt. #19 CR 921-01 (AKH)

Dear Officer Kim,

Thank you for the revisions to the PSR. We saw that the PSR (at ¶ 78) states that Mr. Truglia owns Monero, Cardano, and Ethereum, and we wanted to make the following correction immediately.

After the last Court appearance before Judge Hellerstein on November 2, 2022, Mr. Truglia went back to look at his financial assets again. Mr. Truglia informs us that the cryptocurrencies (Bitcoin and ZCash) for which he provided screenshots that we submitted to you last week on November 23 are all of his current cryptocurrency assets (with a small exception as noted below). He informs us that he does *not* now own Cardano, Monero, or Ethereum (other than the small amount noted below). Further, he states that he realizes that his initial financial disclosures submitted in December 2021 were erroneous in this regard, because at some time prior to the submission of his financial disclosures in December 2021, he had already divested Cardano and most of his Ethereum, and he erred by listing Monero instead of Zcash (both are "privacy coins"). He further informs us that, while he did not own those three cryptocurrencies (Cardano, Monero, and most of the Ethereum he listed) in December 2021, he owned more Bitcoin than he listed, and he owned ZCash, as noted in the screenshot he provided on November 23, 2022. He also asked us to inform you and the Court that while his earlier financial disclosure contained these errors, the assets he disclosed last week after the

1

conference with Judge Hellerstein are a full and complete picture of his current assets, to the best of his recollection and ability.

Separately, we write to give you more information in response to Request #6 (seeking information regarding any assets that were sold or transferred by Mr. Truglia since April 2020). As you know, in response to Request #6, last week Mr. Truglia submitted a transaction history for his Ethereum wallet ("Ethereum Transactions.csv"). The "Altcoins Transactions.csv" history Mr. Truglia submitted also was for the Ethereum wallet. We wanted to provide the current details of that wallet. Mr. Truglia explains that the wallet is called "MetaMask," which is the same wallet that contains his NFTs, and whose address begins with "0xfdfe." Mr. Truglia has provided us with the attached current screenshot for that wallet (see attached), which indicates that the wallet contains approximately $381.55 of value. Mr. Truglia has asked us to clarify that prior to his remand, the transactions in this account generally reflect trading activity, as he noted in the submission (and spreadsheets) sent to you on November 23; but that after he was remanded in December 2021, Mr. Truglia used some money from this wallet to pay bills while incarcerated, including legal bills, food/commissary, and money he owed his father. Mr. Truglia informs us that at the time he was remanded in December 2021, the wallet contained approximately $1.2-$1.4 million worth of alternative tokens (the identity of which are noted in the "Altcoins Transactions.csv" spreadsheet he provided); but that after he was remanded, much of the value previously contained in this wallet was lost due to the devaluation of cryptocurrency, and that the remainder was used to pay bills as noted above (which are reflected as rows on the transactions spreadsheets previously submitted to you). In sum, Mr. Truglia explains that this wallet is not a large asset, but he wanted to provide this additional detail so that his submission was fully complete.

Thank you,
Adam Cohen

Adam Cohen
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Floor
New York, New York 10281
O: (212) 335-2037
F: (212) 335-2040
acohen@wmhlaw.com
www.wmhlaw.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

**From:** Johnny Kim <Johnny_Kim@nysp.uscourts.gov>
**Sent:** Saturday, November 26, 2022 11:42 AM
**To:** Adam Cohen <acohen@wmhlaw.com>
**Cc:** Jeffrey Udell <judell@wmhlaw.com>
**Subject:** Nicholas Truglia, Dkt. #19 CR 921-01 (AKH)

**External Email - Caution before clicking links.**

Received and thank you. Has a new sentence date been scheduled?

Johnny Y. Kim
United States Probation Officer
Office: (212) 805-5175

Cell Phone: (917) 578-0879

Sent from my iPhone

On Nov 23, 2022, at 11:47 PM, Adam Cohen <acohen@wmhlaw.com> wrote:

**CAUTION - EXTERNAL:**

Dear Officer Kim,

The Defendant Nicholas Truglia has asked us to provide the information below (and attached) in response to your November 1, 2022 email, which contained requests that were reiterated by Judge Hellerstein in court on November 2, 2022.

As you know, Mr. Truglia is presently incarcerated without Internet access, and obtaining this information proved more challenging than he expected. He explains that this is due, in part, to the security measures he put in place for his cryptocurrency accounts prior to his incarceration.

Mr. Truglia acknowledges, as he has from the beginning, that he has sufficient means to pay restitution. As disclosed in his financial statement in December 2021, and again in June 2022 – and as he discloses again today – his assets are substantial, and greater than the amount of restitution that the government seeks in this case. In total, Mr. Truglia is providing today printouts/screenshots to corroborate that he has more than $50 million in cryptocurrency, mostly in Bitcoin. He is also disclosing details about his luxury watches and jewelry, and valuable NFTs.

Listed below are your requests, along with Mr. Truglia's responses to each one. When we noted that documents are attached, you can find them in the .zip file we've attached to this email. The .zip file is organized by request – *i.e.*, there are subfolders for documents relating to Request #1, #3, #4, #6, and to Dr. Maharam.

1. **Dated printouts of your client's various crypto wallets and crypto or cash apps.**

Attached are screenshots that Mr. Truglia provided of his cryptocurrency accounts for Bitcoin and Zcash. The screenshots do not contain the date, but Mr. Truglia informed us that the screenshots were taken on November 20.

| Coin | Balance (in coins) | Value in dollars* | Corresponding Screenshot |
|---|---|---|---|
| Bitcoin | 3196.168 | $51,745,224.80 | Bitcoin Wallet Screenshot.jpg |
| Zcash | 10,712.905 | $426,373.62 | ZEC Wallet Screenshot.jpg |
| Total | -- | $52,171,598.42 | -- |

* Based on "Close" price for November 22, 2022, listed on coinmarketcap.com.

2. **Dated printouts of your client's Binance and Bitmex accounts.**

Mr. Truglia's states that his Binance and Bitmex accounts have been closed for a long time, and that he is therefore not able to provide an account statement, but he states in response to this request that he has no balance in those trading accounts.

3. **Details of your client's NFTs, including the name of each NFT, the sale amount, when it was purchased, method of payment, and where the NFT is secured.**

Mr. Truglia's states that his NFTs are stored in MetaMask and that he purchased his NFTs with Ethereum. In total, Mr. Truglia identified 34 NFTs.

Eleven of these NFTs are listed in the screenshot with the filename "OpenSea Screenshot.jpeg." You can also find them here (with additional information about them): https://opensea.io/0x37284716125A3fB09B742267E9C24AC76c29198f.

Among these are some very valuable NFTs, including:
1. "Into the Ether" by Beeple. Mr. Truglia owns two of these. He states that believes he paid the same price, 88 ETH, for both, in approximately June 2021.
2. "Politics is Bullshit" by Beeple. Mr. Truglia states that believes he paid 50 ETH in approximately June 2021.
3. "Infected" by Beeple. Mr. Truglia states that he believes he paid 65 ETH in approximately June 2021.
4. "Bull Run" by Beeple. Mr. Truglia states that he believes he paid 103 ETH in in approximately June 2021.

Attached are two more printouts listing 23 additional NFTs. The file names are "NFT Collection (1)" and "NFT Collection (2)." You can also find them listed here (with additional information about them): https://www.niftygateway.com/@nicholass. Mr. Truglia stated that for these NFTs he paid a range of $50 to $1,800 each, except that he paid $6,000 for "Eroding and Reforming Bust of Rome (One Year)" by Daniel Arsham. The date of that purchase was September 28, 2021, according to the website. Mr. Truglia's username on NiftyGateway is "Nicholass", and the website should list the purchase price and date of each of the remaining 22 NFTs. We can assist with gathering this information from the website if you would like.

4. **Details of each luxury watch and jewelry, including for each item initial purchase at over $1,000, the type of item (*i.e.* make and model), sale amount, when it was purchased (at least the month and year or year), and where the item is stored.**

In response to this request, Mr. Truglia has provided the attached chart listing his luxury watches and jewelry, including the purchase price, approximate date of purchase, and where the item is stored. The file name is: "Watches and Jewelry.pdf." Please note that the purchase date and price are based on memory, as he recalls it today.

Items identified as being stored at Signature Bank are in a safety deposit box at: 565 Fifth Avenue (at 46th St.)

4

Mr. Truglia's prescription for Clonazepam, which lists Dr. Maharam as the prescriber, (2) a letter from a cardiologist, Dr. Walsh, to Dr. Maharam, and (3) a letter from Dr. Worth (Mr. Truglia's psychiatrist) to Dr. Walsh. The two letters reflect that Mr. Truglia was under the care of Dr. Maharam, Dr. Walsh, and Dr. Worth, and that Mr. Truglia was being evaluated by Dr. Walsh for possible arrhythmias. The photograph shows that Dr. Maharam prescribed Clonazepam for Mr. Truglia. We are also attaching today an additional document: a page from Mr. Truglia's medical records, which lists Dr. Maharam as Mr. Truglia's primary care doctor, and also lists Clonazepam among his prescriptions. The phone number listed for Dr. Maharam is the same number Mr. Truglia's father called when he tried unsuccessfully to obtain the letter.

If we can be of further help on any of the above, or if we can assist with further information, please let us know.

Thank you,
Adam Cohen

Adam Cohen
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Floor
New York, New York 10281
O: (212) 335-2037
F: (212) 335-2040
acohen@wmhlaw.com
www.wmhlaw.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

**From:** Johnny Kim <Johnny_Kim@nysp.uscourts.gov>
**Sent:** Tuesday, November 1, 2022 12:38 PM
**To:** Jeffrey Udell <judell@wmhlaw.com>; Adam Cohen <acohen@wmhlaw.com>
**Subject:** Nicholas Truglia, Dkt. #19 CR 921-01 (AKH)

**External Email - Caution before clicking links.**

Afternoon counsel,

I am following up on documentation for your client's assets as outlined in the 06/26/22 PSR. This would include the following:

1. Dated printouts of your client's various crypto wallets and crypto or cash apps.

2. Dated printouts of your client's Binance and Bitmex accounts.

3. Details of your client's NFTs, including the name of each NFT, the sale amount, when it was purchased, method of payment, and where the NFT is secured.

12th Floor
New York, NY 10017
Account name: Nicholas Truglia

5. **Information regarding any assets acquired since 06/01/22.**

Mr. Truglia states that he has not acquired assets since June 1, 2022.

6. **Information regarding any assets that were sold or transferred by your client since April 2020.**

Attached are tables Mr. Truglia provided reflecting transactions made in his accounts since April 2020. Please note the following:
   1. Mr. Truglia used a cryptocurrency broker called Paxos. The transaction history for Paxos is attached with the filename "Paxos Transactions.csv".
   2. The transaction history for Mr. Truglia's Ethereum wallet is attached with the filename "Ethereum Transactions.csv". Mr. Truglia identified his Ethereum wallet as the wallet beginning with 0xfdfe.
   3. Additional transaction history with "altcoins" is attached, with the filename "Altcoins Transactions.csv".

Mr. Truglia asked us to convey that, generally, these transactions show trading activity (buying and selling for trades) and some gambling activity (including winnings).

7. **Information regarding any business entities, whether it be a corporation or LLC, established and/or controlled by your client since April 2020.**

Mr. Truglia states that he has not established and/or controlled any corporations or LLC's since April 2020.

\*   \*   \*

Your email did not request further information about Mr. Truglia's checking account. Mr. Truglia's financial disclosure in December 2021 identified the bank as TD Bank, NA. We can add, for clarity, that the last four digits of the checking account are 7341, and that the account is in his name.

Additionally, although it was not requested in your email, Mr. Truglia's father attempted again to obtain a letter from Dr. Edward Maharam regarding Mr. Truglia's treatment under his care. He called the number listed for Dr. Maharam, but was told that they cannot provide a letter. However, we are providing four documents to demonstrate that Dr. Maharam treated Mr. Truglia, three of which have been previously provided, and one of which is provided now for the first time. You previously asked Mr. Truglia to obtain a letter from Dr. Maharam "outlining his medical history, including his cardiac arrhythmia diagnosis and his prescription of Clonazepam." We provided at that time, and are re-submitting today, the following information to corroborate what Mr. Truglia told you about his treatment: (1) a photograph of

5

4. Details of each luxury watch and jewelry, including for each item initial purchase at over $1,000, the type of item (*i.e.* make and model), sale amount, when it was purchased (at least the month and year or year), and where the item is stored.

5. Information regarding any assets acquired since 06/01/22.

6. Information regarding any assets that were sold or transferred by your client since April 2020.

7. Information regarding any businesses entities, whether it be a corporation or LLC, established and/or controlled by your client since April 2020.

Please respond by 11/23/22. Thank you.

Johnny Y. Kim
United States Probation Officer
Main Office: (212) 805-0040
Direct Phone: (212) 805-5175
Cell Phone: (917) 578-0879
Fax: (917) 472-5347

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

HOW PRICE CALCULATION
CLOSING HOURS

pump