# EXHIBIT A

|  |
|---|
| Market Cap: **$454,491,653,038**(/charts/) |

 **(SKY)**
## Skycoin

$19.47 USD (2.69%)
0.00201499 BTC (-2.22%)

 

| Market Cap | Volume (24h) |
|---|---|
| $157,088,118 USD<br>16,260 BTC | $1,441,450 USD<br>149.20 BTC |

| Circulating Supply | Total Supply |
|---|---|
| 8,069,374 SKY | 25,000,000 SKY |
| | **Max Supply** |
| | 100,000,000 SKY |

★ Rank 124

🔗 Website(http://skycoin.net/)
📢 Announcement(https://bitcointalk.org/index.php?topic=380441.0)
🔍 Explorer(http://explorer.skycoin.net/)
💾 Source Code(https://github.com/skycoin)
🏷 Coin

📊 Charts(/currencies/skycoin/#charts)    ⇄ Markets(/currencies/skycoin/#markets)

 Social(/currencies/skycoin/#social)     Tools(/currencies/skycoin/#tools)

 Historical Data(/currencies/skycoin/historical-data/)

# Historical data for Skycoin

Currency in USD
Open/Close in UTC time

 Jan 1, 2018 - May 30, 2018

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| May 02, 2018 | 17.68 | 19.14 | 17.36 | 18.99 | 1,275,930 | 142,446,000 |
| May 01, 2018 | 18.33 | 18.33 | 17.25 | 17.73 | 1,168,440 | 147,701,000 |
| Apr 30, 2018 | 18.55 | 19.05 | 18.10 | 18.33 | 1,066,430 | 149,437,000 |
| Apr 29, 2018 | 19.24 | 19.26 | 17.71 | 18.41 | 1,627,290 | 155,002,000 |
| Apr 28, 2018 | 17.89 | 19.80 | 17.84 | 19.22 | 1,220,910 | 144,152,000 |
| Apr 27, 2018 | 19.30 | 19.88 | 17.78 | 17.98 | 1,517,380 | 155,485,000 |
| Apr 26, 2018 | 17.86 | 19.34 | 17.25 | 19.28 | 1,821,570 | 143,909,000 |
| Apr 25, 2018 | 19.93 | 19.94 | 17.50 | 17.68 | 1,663,440 | 160,404,000 |
| Apr 24, 2018 | 19.31 | 19.99 | 18.75 | 19.99 | 2,368,690 | 155,423,000 |
| Apr 23, 2018 | 20.23 | 20.27 | 19.05 | 19.40 | 2,067,190 | 162,856,000 |
| Apr 22, 2018 | 18.30 | 20.27 | 17.23 | 20.27 | 2,979,590 | 147,349,000 |
| Apr 21, 2018 | 16.69 | 18.29 | 15.32 | 18.29 | 2,644,720 | 134,378,000 |
| Apr 20, 2018 | 16.04 | 16.76 | 15.52 | 16.67 | 1,802,420 | 129,133,000 |
| Apr 19, 2018 | 15.80 | 16.32 | 15.62 | 16.03 | 2,274,180 | 127,198,000 |
| Apr 18, 2018 | 15.35 | 16.06 | 15.04 | 15.69 | 2,510,180 | 123,566,000 |
| Apr 17, 2018 | 16.31 | 16.64 | 15.02 | 15.33 | 2,481,690 | 131,276,000 |
| Apr 16, 2018 | 16.59 | 17.01 | 14.95 | 16.03 | 3,013,290 | 133,506,000 |
| Apr 15, 2018 | 17.97 | 18.45 | 15.94 | 16.14 | 4,728,120 | 143,965,000 |
| Apr 14, 2018 | 18.75 | 19.40 | 17.59 | 18.10 | 5,123,790 | 150,037,000 |
| Apr 13, 2018 | 18.85 | 20.37 | 18.46 | 18.67 | 4,695,970 | 150,761,000 |
| Apr 12, 2018 | 16.16 | 19.30 | 15.85 | 18.82 | 5,645,940 | 129,295,000 |
| Apr 11, 2018 | 17.76 | 17.86 | 15.19 | 16.28 | 5,390,520 | 138,319,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Apr 10, 2018 | 15.68 | 17.79 | 14.66 | 17.75 | 7,070,600 | 122,121,000 |
| Apr 09, 2018 | 14.13 | 16.71 | 12.93 | 15.58 | 719,786 | 109,722,000 |
| Apr 08, 2018 | 13.39 | 14.10 | 12.93 | 14.10 | 491,438 | 103,989,000 |
| Apr 07, 2018 | 12.57 | 14.26 | 12.46 | 13.37 | 370,909 | 97,596,400 |
| Apr 06, 2018 | 12.00 | 13.10 | 11.99 | 12.54 | 582,537 | 93,223,800 |
| Apr 05, 2018 | 13.33 | 13.42 | 11.78 | 12.05 | 661,441 | 103,506,000 |
| Apr 04, 2018 | 13.57 | 14.08 | 12.65 | 13.33 | 504,753 | 105,373,000 |
| Apr 03, 2018 | 13.11 | 13.98 | 12.67 | 13.58 | 515,701 | 101,808,000 |
| Apr 02, 2018 | 12.70 | 13.65 | 12.44 | 13.02 | 761,868 | 98,640,000 |
| Apr 01, 2018 | 13.99 | 15.23 | 11.99 | 12.68 | 395,575 | 108,660,000 |
| Mar 31, 2018 | 14.14 | 14.42 | 11.81 | 13.98 | 477,199 | 109,824,000 |
| Mar 30, 2018 | 11.57 | 14.33 | 10.58 | 14.33 | 899,932 | 89,852,600 |
| Mar 29, 2018 | 10.73 | 15.47 | 10.73 | 11.59 | 1,305,160 | 82,986,000 |
| Mar 28, 2018 | 10.96 | 11.08 | 9.02 | 10.72 | 361,014 | 84,772,100 |
| Mar 27, 2018 | 9.47 | 11.51 | 8.17 | 11.01 | 403,544 | 73,191,700 |
| Mar 26, 2018 | 11.38 | 11.57 | 9.12 | 9.47 | 304,781 | 87,954,800 |
| Mar 25, 2018 | 10.47 | 22.80 | 9.44 | 11.41 | 331,736 | 80,902,300 |
| Mar 24, 2018 | 10.81 | 10.90 | 10.04 | 10.54 | 302,531 | 83,573,000 |
| Mar 23, 2018 | 10.70 | 10.97 | 9.39 | 10.69 | 436,393 | 82,730,400 |
| Mar 22, 2018 | 11.19 | 14.18 | 10.00 | 10.70 | 261,226 | 86,486,200 |
| Mar 21, 2018 | 10.50 | 12.33 | 9.38 | 11.19 | 422,205 | 81,172,600 |
| Mar 20, 2018 | 10.01 | 10.77 | 9.37 | 10.48 | 373,078 | 77,404,000 |
| Mar 19, 2018 | 9.16 | 9.99 | 8.76 | 9.96 | 260,877 | 70,838,400 |
| Mar 18, 2018 | 9.48 | 9.84 | 7.89 | 9.17 | 332,560 | 73,296,600 |
| Mar 17, 2018 | 11.97 | 11.97 | 7.50 | 9.45 | 441,030 | 92,533,000 |
| Mar 16, 2018 | 10.64 | 12.01 | 9.18 | 12.01 | 315,802 | 82,237,600 |
| Mar 15, 2018 | 10.51 | 10.65 | 9.13 | 10.65 | 592,448 | 81,233,900 |
| Mar 14, 2018 | 11.44 | 12.78 | 9.96 | 10.50 | 438,147 | 88,458,200 |
| Mar 13, 2018 | 11.66 | 12.70 | 9.82 | 11.46 | 408,610 | 90,073,800 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Mar 12, 2018 | 11.15 | 12.39 | 11.15 | 11.69 | 697,833 | 86,069,600 |
| Mar 11, 2018 | 10.90 | 11.94 | 10.36 | 11.18 | 517,776 | 83,731,800 |
| Mar 10, 2018 | 12.09 | 12.57 | 10.87 | 10.97 | 834,476 | 92,820,600 |
| Mar 09, 2018 | 11.75 | 12.42 | 10.46 | 12.10 | 574,918 | 90,245,300 |
| Mar 08, 2018 | 13.14 | 13.36 | 11.46 | 11.81 | 397,143 | 100,918,000 |
| Mar 07, 2018 | 14.77 | 14.80 | 12.79 | 13.16 | 957,383 | 113,101,000 |
| Mar 06, 2018 | 13.71 | 16.12 | 13.71 | 14.78 | 940,929 | 105,009,000 |
| Mar 05, 2018 | 15.65 | 16.25 | 13.71 | 13.71 | 588,876 | 119,830,000 |
| Mar 04, 2018 | 15.69 | 15.88 | 13.75 | 15.65 | 641,943 | 120,106,000 |
| Mar 03, 2018 | 14.77 | 16.16 | 14.57 | 15.70 | 539,404 | 113,091,000 |
| Mar 02, 2018 | 19.36 | 19.37 | 13.66 | 14.89 | 859,049 | 148,047,000 |
| Mar 01, 2018 | 15.51 | 19.65 | 14.78 | 19.50 | 861,946 | 115,623,000 |
| Feb 28, 2018 | 17.36 | 17.79 | 15.24 | 15.24 | 422,073 | 129,409,000 |
| Feb 27, 2018 | 16.67 | 17.77 | 16.40 | 17.33 | 618,789 | 124,291,000 |
| Feb 26, 2018 | 15.69 | 17.25 | 15.16 | 16.65 | 510,709 | 116,970,000 |
| Feb 25, 2018 | 15.93 | 16.39 | 15.27 | 15.69 | 463,992 | 118,738,000 |
| Feb 24, 2018 | 17.05 | 17.52 | 15.21 | 15.95 | 689,805 | 127,068,000 |
| Feb 23, 2018 | 18.25 | 18.60 | 16.73 | 17.06 | 431,983 | 136,040,000 |
| Feb 22, 2018 | 18.73 | 19.90 | 16.60 | 18.22 | 479,454 | 139,652,000 |
| Feb 21, 2018 | 21.18 | 21.18 | 17.98 | 18.75 | 621,255 | 157,860,000 |
| Feb 20, 2018 | 20.01 | 21.85 | 19.38 | 21.18 | 700,151 | 149,162,000 |
| Feb 19, 2018 | 18.67 | 22.34 | 17.56 | 19.92 | 663,062 | 139,151,000 |
| Feb 18, 2018 | 22.04 | 23.05 | 18.71 | 18.75 | 744,701 | 164,178,000 |
| Feb 17, 2018 | 19.33 | 22.15 | 19.06 | 22.00 | 808,203 | 143,993,000 |
| Feb 16, 2018 | 19.32 | 20.11 | 19.15 | 19.22 | 481,063 | 143,904,000 |
| Feb 15, 2018 | 18.26 | 19.75 | 17.97 | 19.37 | 765,894 | 135,990,000 |
| Feb 14, 2018 | 16.94 | 18.45 | 16.92 | 17.85 | 726,691 | 126,166,000 |
| Feb 13, 2018 | 17.91 | 19.21 | 16.84 | 16.97 | 583,611 | 133,432,000 |
| Feb 12, 2018 | 17.39 | 19.06 | 15.58 | 17.78 | 764,659 | 127,958,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Feb 11, 2018 | 17.79 | 18.01 | 15.88 | 17.34 | 460,490 | 130,891,000 |
| Feb 10, 2018 | 16.70 | 18.12 | 16.39 | 17.83 | 797,575 | 122,849,000 |
| Feb 09, 2018 | 15.74 | 17.31 | 14.77 | 16.69 | 1,018,770 | 115,808,000 |
| Feb 08, 2018 | 14.69 | 16.54 | 14.69 | 15.71 | 581,215 | 108,095,000 |
| Feb 07, 2018 | 15.10 | 17.81 | 14.72 | 14.73 | 701,492 | 111,100,000 |
| Feb 06, 2018 | 13.55 | 15.68 | 11.09 | 15.21 | 596,422 | 99,608,600 |
| Feb 05, 2018 | 17.72 | 18.02 | 12.31 | 13.52 | 535,766 | 130,193,000 |
| Feb 04, 2018 | 20.10 | 21.03 | 17.20 | 17.84 | 638,372 | 147,717,000 |
| Feb 03, 2018 | 16.83 | 21.92 | 15.67 | 19.76 | 1,168,270 | 123,683,000 |
| Feb 02, 2018 | 18.50 | 18.95 | 14.38 | 16.77 | 977,328 | 135,274,000 |
| Feb 01, 2018 | 21.69 | 24.34 | 16.65 | 18.39 | 614,003 | 158,597,000 |
| Jan 31, 2018 | 23.56 | 23.97 | 19.25 | 21.75 | 1,537,800 | 172,260,000 |
| Jan 30, 2018 | 26.57 | 28.96 | 23.07 | 23.59 | 706,405 | 194,276,000 |
| Jan 29, 2018 | 25.84 | 28.52 | 24.90 | 26.43 | 371,513 | 188,991,000 |
| Jan 28, 2018 | 26.49 | 27.83 | 24.42 | 25.87 | 714,828 | 193,687,000 |
| Jan 27, 2018 | 28.56 | 28.92 | 24.87 | 26.36 | 730,090 | 208,830,000 |
| Jan 26, 2018 | 28.76 | 30.49 | 25.60 | 28.12 | 439,727 | 209,299,000 |
| Jan 25, 2018 | 31.87 | 31.91 | 28.19 | 28.68 | 883,104 | 229,588,000 |
| Jan 24, 2018 | 28.80 | 31.65 | 27.95 | 31.35 | 652,057 | 207,520,000 |
| Jan 23, 2018 | 30.81 | 32.34 | 27.77 | 28.55 | 510,938 | 221,963,000 |
| Jan 22, 2018 | 32.85 | 33.35 | 25.58 | 30.35 | 563,826 | 236,138,000 |
| Jan 21, 2018 | 35.54 | 35.67 | 27.58 | 32.42 | 338,831 | 255,449,000 |
| Jan 20, 2018 | 32.58 | 36.91 | 31.56 | 35.46 | 658,121 | 234,176,000 |
| Jan 19, 2018 | 30.24 | 32.71 | 29.22 | 32.71 | 479,148 | 217,327,000 |
| Jan 18, 2018 | 31.04 | 34.13 | 29.86 | 30.55 | 364,695 | 223,098,000 |
| Jan 17, 2018 | 31.89 | 33.18 | 25.52 | 30.92 | 718,958 | 229,219,000 |
| Jan 16, 2018 | 37.75 | 37.75 | 28.64 | 31.72 | 653,884 | 270,026,000 |
| Jan 15, 2018 | 38.75 | 41.49 | 35.89 | 37.69 | 680,691 | 277,109,000 |
| Jan 14, 2018 | 41.19 | 43.37 | 36.25 | 38.08 | 978,747 | 294,562,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 13, 2018 | 41.56 | 43.77 | 38.95 | 41.26 | 683,753 | 297,192,000 |
| Jan 12, 2018 | 42.93 | 44.80 | 38.83 | 41.60 | 959,658 | 306,989,000 |
| Jan 11, 2018 | 44.27 | 45.97 | 38.24 | 42.56 | 982,585 | 307,398,000 |
| Jan 10, 2018 | 35.80 | 49.55 | 33.34 | 44.58 | 1,877,450 | 248,434,000 |
| Jan 09, 2018 | 37.83 | 40.42 | 35.00 | 35.75 | 1,052,110 | 262,538,000 |
| Jan 08, 2018 | 41.47 | 43.04 | 35.99 | 37.93 | 1,225,460 | 287,460,000 |
| Jan 07, 2018 | 45.92 | 48.41 | 38.83 | 41.53 | 1,647,280 | 316,016,000 |
| Jan 06, 2018 | 44.15 | 46.89 | 40.49 | 44.78 | 1,066,230 | 303,509,000 |
| Jan 05, 2018 | 42.70 | 48.47 | 42.70 | 46.81 | 1,052,800 | 292,686,000 |
| Jan 04, 2018 | 50.03 | 50.36 | 42.26 | 43.89 | 1,457,510 | 341,864,000 |
| Jan 03, 2018 | 40.06 | 53.10 | 36.14 | 48.13 | 1,576,230 | 273,755,000 |
| Jan 02, 2018 | 38.41 | 46.25 | 36.15 | 40.22 | 1,084,370 | 262,166,000 |
| Jan 01, 2018 | 46.05 | 46.72 | 32.15 | 39.20 | 1,226,750 | 311,549,000 |



© 2018 CoinMarketCap

## Useful Links

Advertise(/advertising/)
API(/api/)
Disclaimer(/disclaimer/)
Privacy Policy(/privacy/)
FAQ(/faq/)

Request Form(/request/)
Blog(https://medium.com/@CoinMarketCap)
Newsletter(/newsletter/)
Facebook(https://www.facebook.com/CoinMarketCap)
Twitter(https://twitter.com/CoinMarketCap)

### Night Mode

Off  On

### Downloads



(https://appstore.com/coinmarketcapcom/)

Donate

BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9

LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX

ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B

BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha