# EXHIBIT B

| | |
|---|---|
| ☰ |  CoinMarketCap (/) |

| Market Cap: **$454,491,653,038**(/charts/) | ▼ |
|---|---|

 **(STEEM)**
**Steem**

$4.06 USD (0.98%)
0.00042009 BTC (-3.84%)

⚡ Buy        

| **Market Cap** | **Volume (24h)** |
|---|---|
| $1,031,414,690 USD<br>106,758 BTC | $17,181,600 USD<br>1,778 BTC |

| **Circulating Supply** | **Total Supply** |
|---|---|
| 254,135,042 STEEM | 271,109,136 STEEM |

★ ⎡Rank 30⎤

🔗 Website(https://steem.io/)
🔗 Website 2(https://steemit.com/)
📢 Announcement(https://bitcointalk.org/index.php?topic=1466593.0)
🔍 Explorer(http://steemd.com/)
🔍 Explorer 2(https://steemdb.com/)
☰ Message Board(https://steemit.com/@steemitblog)
☰ Message Board 2(https://chainbb.com/forum/steem)
🖴 Source Code(https://github.com/steemit/steem)
🏷 ⎡Coin⎤

📊 Charts(/currencies/steem/#charts)        ⇄ Markets(/currencies/steem/#markets)

🌐 Social(/currencies/steem/#social)        🔧 Tools(/currencies/steem/#tools)

# Historical data for Steem

Currency in USD  
Open/Close in UTC time

 Jan 1, 2018 - May 3, 2018 

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| May 02, 2018 | 3.96 | 4.07 | 3.82 | 4.06 | 13,520,000 | 1,006,340,000 |
| May 01, 2018 | 3.91 | 3.94 | 3.64 | 3.93 | 13,612,600 | 990,808,000 |
| Apr 30, 2018 | 4.22 | 4.22 | 3.89 | 3.92 | 16,366,000 | 1,070,680,000 |
| Apr 29, 2018 | 4.42 | 4.42 | 3.95 | 4.24 | 39,573,000 | 1,122,670,000 |
| Apr 28, 2018 | 4.23 | 4.49 | 4.20 | 4.40 | 64,765,500 | 1,075,090,000 |
| Apr 27, 2018 | 4.08 | 4.65 | 3.79 | 4.32 | 89,669,700 | 1,038,100,000 |
| Apr 26, 2018 | 4.15 | 4.33 | 3.48 | 4.12 | 119,431,000 | 1,054,890,000 |
| Apr 25, 2018 | 3.50 | 4.42 | 3.02 | 4.21 | 160,917,000 | 889,683,000 |
| Apr 24, 2018 | 3.26 | 3.56 | 3.26 | 3.52 | 18,794,900 | 828,962,000 |
| Apr 23, 2018 | 3.03 | 3.31 | 3.02 | 3.25 | 14,983,100 | 770,670,000 |
| Apr 22, 2018 | 3.09 | 3.13 | 2.98 | 3.05 | 7,146,520 | 786,681,000 |
| Apr 21, 2018 | 3.28 | 3.28 | 2.88 | 3.09 | 13,378,400 | 834,149,000 |
| Apr 20, 2018 | 3.20 | 3.29 | 2.92 | 3.29 | 29,875,800 | 813,725,000 |
| Apr 19, 2018 | 3.01 | 3.15 | 2.89 | 3.11 | 24,014,800 | 765,017,000 |
| Apr 18, 2018 | 2.87 | 3.02 | 2.76 | 3.02 | 21,311,900 | 730,582,000 |
| Apr 17, 2018 | 2.66 | 2.80 | 2.62 | 2.78 | 15,131,800 | 677,497,000 |
| Apr 16, 2018 | 2.77 | 2.80 | 2.55 | 2.68 | 7,259,820 | 704,988,000 |
| Apr 15, 2018 | 2.62 | 2.75 | 2.62 | 2.75 | 9,133,700 | 665,534,000 |
| Apr 14, 2018 | 2.67 | 2.77 | 2.55 | 2.62 | 8,865,570 | 683,944,000 |
| Apr 13, 2018 | 2.73 | 3.35 | 2.58 | 2.70 | 83,578,800 | 698,902,000 |
| Apr 12, 2018 | 2.01 | 2.75 | 1.93 | 2.72 | 74,749,400 | 515,214,000 |
| Apr 11, 2018 | 1.85 | 2.01 | 1.82 | 1.96 | 4,439,840 | 473,253,000 |
| Apr 10, 2018 | 1.83 | 1.85 | 1.76 | 1.85 | 2,149,730 | 469,951,000 |
| Apr 09, 2018 | 1.91 | 2.20 | 1.79 | 1.83 | 8,131,340 | 490,832,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Apr 08, 2018 | 1.86 | 1.93 | 1.85 | 1.91 | 3,208,590 | 477,253,000 |
| Apr 07, 2018 | 1.75 | 2.00 | 1.69 | 1.88 | 7,151,710 | 447,624,000 |
| Apr 06, 2018 | 1.88 | 1.90 | 1.67 | 1.76 | 9,876,680 | 481,197,000 |
| Apr 05, 2018 | 1.91 | 1.91 | 1.67 | 1.75 | 3,980,430 | 488,904,000 |
| Apr 04, 2018 | 2.02 | 2.17 | 1.81 | 1.92 | 14,419,100 | 518,361,000 |
| Apr 03, 2018 | 1.70 | 2.45 | 1.62 | 2.06 | 59,563,800 | 437,016,000 |
| Apr 02, 2018 | 1.44 | 1.69 | 1.43 | 1.69 | 5,488,810 | 370,347,000 |
| Apr 01, 2018 | 1.52 | 1.54 | 1.37 | 1.44 | 1,046,950 | 390,948,000 |
| Mar 31, 2018 | 1.55 | 1.61 | 1.50 | 1.52 | 1,239,310 | 396,556,000 |
| Mar 30, 2018 | 1.64 | 1.66 | 1.48 | 1.55 | 2,315,390 | 419,648,000 |
| Mar 29, 2018 | 1.90 | 1.91 | 1.61 | 1.64 | 2,132,140 | 485,319,000 |
| Mar 28, 2018 | 1.73 | 1.94 | 1.70 | 1.89 | 2,793,970 | 440,737,000 |
| Mar 27, 2018 | 1.85 | 1.88 | 1.69 | 1.72 | 1,592,260 | 472,038,000 |
| Mar 26, 2018 | 2.01 | 2.03 | 1.77 | 1.86 | 2,466,310 | 513,016,000 |
| Mar 25, 2018 | 1.98 | 2.08 | 1.95 | 2.02 | 2,439,650 | 504,144,000 |
| Mar 24, 2018 | 2.04 | 2.15 | 1.95 | 1.99 | 5,871,000 | 517,678,000 |
| Mar 23, 2018 | 2.12 | 2.13 | 1.89 | 1.97 | 3,137,480 | 537,930,000 |
| Mar 22, 2018 | 2.21 | 2.27 | 1.99 | 2.13 | 2,366,880 | 562,675,000 |
| Mar 21, 2018 | 2.19 | 2.34 | 2.17 | 2.22 | 3,132,310 | 557,444,000 |
| Mar 20, 2018 | 2.07 | 2.29 | 2.00 | 2.20 | 7,643,910 | 528,036,000 |
| Mar 19, 2018 | 1.83 | 2.06 | 1.82 | 2.06 | 3,775,080 | 464,744,000 |
| Mar 18, 2018 | 1.81 | 1.86 | 1.50 | 1.83 | 3,499,140 | 460,567,000 |
| Mar 17, 2018 | 2.06 | 2.06 | 1.78 | 1.82 | 1,518,520 | 521,876,000 |
| Mar 16, 2018 | 2.12 | 2.15 | 1.98 | 2.05 | 2,065,890 | 536,550,000 |
| Mar 15, 2018 | 2.28 | 2.28 | 1.92 | 2.11 | 4,759,340 | 576,847,000 |
| Mar 14, 2018 | 2.51 | 2.71 | 2.17 | 2.23 | 14,376,300 | 635,358,000 |
| Mar 13, 2018 | 2.46 | 2.58 | 2.29 | 2.50 | 8,677,410 | 620,608,000 |
| Mar 12, 2018 | 2.56 | 2.64 | 2.37 | 2.44 | 3,170,950 | 645,451,000 |
| Mar 11, 2018 | 2.39 | 2.64 | 2.25 | 2.55 | 4,152,590 | 602,696,000 |

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Mar 10, 2018 | 2.58 | 2.68 | 2.37 | 2.40 | 3,231,450 | 649,994,000 |
| Mar 09, 2018 | 2.65 | 2.66 | 2.18 | 2.57 | 5,228,660 | 665,206,000 |
| Mar 08, 2018 | 2.79 | 2.95 | 2.63 | 2.65 | 4,427,050 | 701,018,000 |
| Mar 07, 2018 | 3.23 | 3.29 | 2.59 | 2.77 | 6,464,230 | 809,829,000 |
| Mar 06, 2018 | 3.46 | 3.46 | 3.22 | 3.24 | 4,678,310 | 868,481,000 |
| Mar 05, 2018 | 3.54 | 3.65 | 3.43 | 3.51 | 7,246,750 | 887,771,000 |
| Mar 04, 2018 | 3.67 | 3.67 | 3.42 | 3.55 | 7,073,280 | 920,252,000 |
| Mar 03, 2018 | 3.34 | 3.66 | 3.30 | 3.66 | 9,083,810 | 837,008,000 |
| Mar 02, 2018 | 3.44 | 3.44 | 3.23 | 3.35 | 6,777,470 | 862,774,000 |
| Mar 01, 2018 | 3.28 | 3.47 | 3.15 | 3.43 | 6,248,000 | 821,323,000 |
| Feb 28, 2018 | 3.49 | 3.52 | 3.27 | 3.28 | 4,713,170 | 875,765,000 |
| Feb 27, 2018 | 3.61 | 3.61 | 3.44 | 3.51 | 6,209,110 | 905,382,000 |
| Feb 26, 2018 | 3.47 | 3.62 | 3.34 | 3.62 | 5,721,390 | 870,424,000 |
| Feb 25, 2018 | 3.48 | 3.57 | 3.33 | 3.51 | 5,088,700 | 872,530,000 |
| Feb 24, 2018 | 3.73 | 3.74 | 3.38 | 3.49 | 6,532,180 | 932,862,000 |
| Feb 23, 2018 | 3.50 | 3.80 | 3.29 | 3.69 | 14,502,800 | 875,309,000 |
| Feb 22, 2018 | 3.79 | 3.88 | 3.37 | 3.51 | 7,228,190 | 946,128,000 |
| Feb 21, 2018 | 4.14 | 4.14 | 3.78 | 3.89 | 11,213,400 | 1,033,440,000 |
| Feb 20, 2018 | 4.53 | 4.53 | 4.18 | 4.21 | 20,141,900 | 1,130,050,000 |
| Feb 19, 2018 | 4.23 | 4.57 | 4.18 | 4.55 | 23,922,700 | 1,055,850,000 |
| Feb 18, 2018 | 4.66 | 4.66 | 4.14 | 4.29 | 17,560,500 | 1,163,140,000 |
| Feb 17, 2018 | 4.54 | 4.69 | 4.43 | 4.68 | 22,745,700 | 1,131,160,000 |
| Feb 16, 2018 | 4.57 | 4.59 | 4.38 | 4.58 | 16,317,000 | 1,140,190,000 |
| Feb 15, 2018 | 4.55 | 4.61 | 4.33 | 4.60 | 32,348,200 | 1,134,020,000 |
| Feb 14, 2018 | 4.21 | 4.46 | 4.15 | 4.46 | 25,653,800 | 1,049,020,000 |
| Feb 13, 2018 | 4.45 | 4.45 | 4.03 | 4.25 | 29,812,600 | 1,107,950,000 |
| Feb 12, 2018 | 4.00 | 4.27 | 4.00 | 4.27 | 20,931,400 | 998,022,000 |
| Feb 11, 2018 | 4.51 | 4.51 | 3.81 | 3.99 | 29,617,900 | 1,123,340,000 |
| Feb 10, 2018 | 4.30 | 5.08 | 4.08 | 4.49 | 123,352,000 | 1,071,030,000 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Feb 09, 2018 | 3.94 | 4.36 | 3.89 | 4.34 | 68,772,100 | 982,198,000 |
| Feb 08, 2018 | 3.65 | 4.05 | 3.63 | 3.95 | 44,784,000 | 908,483,000 |
| Feb 07, 2018 | 3.89 | 4.09 | 3.50 | 3.65 | 60,622,200 | 968,166,000 |
| Feb 06, 2018 | 3.33 | 4.02 | 2.62 | 3.88 | 93,548,900 | 828,410,000 |
| Feb 05, 2018 | 3.89 | 4.12 | 3.21 | 3.30 | 37,719,200 | 967,012,000 |
| Feb 04, 2018 | 4.38 | 4.65 | 3.74 | 3.88 | 44,028,700 | 1,088,860,000 |
| Feb 03, 2018 | 4.53 | 4.71 | 3.61 | 4.52 | 76,445,000 | 1,124,740,000 |
| Feb 02, 2018 | 5.02 | 5.02 | 3.08 | 4.34 | 121,981,000 | 1,245,360,000 |
| Feb 01, 2018 | 5.12 | 5.90 | 4.56 | 4.96 | 181,524,000 | 1,269,210,000 |
| Jan 31, 2018 | 4.65 | 5.43 | 4.05 | 5.15 | 89,015,000 | 1,151,950,000 |
| Jan 30, 2018 | 5.91 | 5.91 | 4.66 | 4.75 | 40,389,600 | 1,462,650,000 |
| Jan 29, 2018 | 6.37 | 6.37 | 5.82 | 5.93 | 43,932,600 | 1,576,440,000 |
| Jan 28, 2018 | 6.07 | 6.49 | 5.95 | 6.49 | 78,270,000 | 1,502,920,000 |
| Jan 27, 2018 | 6.25 | 6.34 | 5.82 | 6.07 | 81,736,000 | 1,547,320,000 |
| Jan 26, 2018 | 6.62 | 6.65 | 5.38 | 6.22 | 228,966,000 | 1,639,840,000 |
| Jan 25, 2018 | 6.08 | 6.89 | 5.69 | 6.51 | 318,344,000 | 1,505,570,000 |
| Jan 24, 2018 | 4.35 | 6.05 | 4.13 | 6.05 | 205,776,000 | 1,076,920,000 |
| Jan 23, 2018 | 4.34 | 4.55 | 3.88 | 4.30 | 17,515,200 | 1,073,090,000 |
| Jan 22, 2018 | 4.97 | 4.97 | 3.89 | 4.40 | 29,067,500 | 1,229,960,000 |
| Jan 21, 2018 | 5.76 | 5.85 | 4.62 | 4.90 | 84,010,000 | 1,425,480,000 |
| Jan 20, 2018 | 4.78 | 5.77 | 4.78 | 5.54 | 149,297,000 | 1,182,220,000 |
| Jan 19, 2018 | 4.26 | 5.22 | 4.21 | 4.77 | 76,640,200 | 1,055,150,000 |
| Jan 18, 2018 | 4.08 | 4.64 | 3.75 | 4.27 | 20,692,600 | 1,008,400,000 |
| Jan 17, 2018 | 3.86 | 4.22 | 2.77 | 4.05 | 26,863,600 | 952,568,000 |
| Jan 16, 2018 | 5.44 | 5.44 | 3.04 | 3.94 | 32,266,600 | 1,343,350,000 |
| Jan 15, 2018 | 6.27 | 6.27 | 5.48 | 5.49 | 33,549,000 | 1,547,550,000 |
| Jan 14, 2018 | 6.28 | 6.28 | 5.47 | 5.91 | 10,565,500 | 1,549,690,000 |
| Jan 13, 2018 | 5.42 | 6.59 | 5.42 | 6.29 | 23,149,700 | 1,336,130,000 |
| Jan 12, 2018 | 4.58 | 5.83 | 4.14 | 5.43 | 15,557,700 | 1,129,970,000 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 11, 2018 | 5.32 | 5.32 | 3.83 | 4.37 | 16,060,700 | 1,310,690,000 |
| Jan 10, 2018 | 5.95 | 5.95 | 4.84 | 5.34 | 14,512,500 | 1,464,940,000 |
| Jan 09, 2018 | 6.00 | 6.32 | 5.73 | 5.94 | 12,146,200 | 1,476,630,000 |
| Jan 08, 2018 | 6.37 | 6.41 | 5.22 | 6.02 | 15,712,500 | 1,568,750,000 |
| Jan 07, 2018 | 7.00 | 7.00 | 6.18 | 6.41 | 19,933,800 | 1,721,670,000 |
| Jan 06, 2018 | 5.70 | 6.97 | 5.25 | 6.63 | 29,704,000 | 1,402,840,000 |
| Jan 05, 2018 | 6.55 | 7.08 | 5.52 | 5.81 | 32,859,900 | 1,611,020,000 |
| Jan 04, 2018 | 8.12 | 8.12 | 6.56 | 6.56 | 42,666,400 | 1,998,250,000 |
| Jan 03, 2018 | 6.51 | 8.57 | 6.09 | 8.03 | 81,599,700 | 1,606,260,000 |
| Jan 02, 2018 | 3.98 | 7.14 | 3.97 | 6.69 | 118,530,000 | 982,775,000 |
| Jan 01, 2018 | 3.02 | 4.51 | 2.86 | 4.01 | 32,488,100 | 744,499,000 |



© 2018 CoinMarketCap

## Useful Links

Advertise(/advertising/)
API(/api/)
Disclaimer(/disclaimer/)
Privacy Policy(/privacy/)
FAQ(/faq/)

Request Form(/request/)
Blog(https://medium.com/@CoinMarketCap)
Newsletter(/newsletter/)
Facebook(https://www.facebook.com/CoinMarketCap)
Twitter(https://twitter.com/CoinMarketCap)

### Night Mode

Off  On

### Downloads



(https://appstore.com/coinmarketcapcom/)

## Donate

BTC: 3CMCRgEm8Hv23DrWaCCtd9WANE42jdEv9
LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX
ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B
BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha