UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,           :
                                                              :       **ORDER REGULATING**
            -against-                               :       **PROCEEDINGS**
                                                               :
NICHOLAS TRUGLIA,                      :       19 Cr. 921 (AKH)
                                                               :
                                   Defendant.     :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall respond to Defendant's request for bail by July 23, 2025; reply by July 28, 2025.

        SO ORDERED.

                                                                             /s/ Alvin K. Hellerstein

Dated:      July 14, 2025                                                _____
               New York, New York                                 ALVIN K. HELLERSTEIN
                                                                      United States District Judge